**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3332NI

_____

Priscilla M. Waitek; Marc Waitek,      *
                                        *
            Appellees,                  *      Appeal from the United States
                                        *      District Court for the Northern
      v.                                *      District of Iowa.
                                        *
The Dalkon Shield Claimants Trust,      *            [PUBLISHED]
                                        *
            Appellant.                  *

_____

Submitted:  May 23, 1997
Filed:  June 3, 1997

_____

Before McMILLIAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

The Dalkon Shield Claimants Trust appeals the district court's denial of the Trust's motions for judgment as a matter of law and a new trial. See Waitek v. Dalkon Shield Claimants Trust, 934 F. Supp. 1068, 1100 (N.D. Iowa 1996). We review the district court's rulings under well-established standards. Based on the record before us, we find no error that would require reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.
      Attest:
            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.